## CHAPTER 11 PROCEEDING MEMO
## AND MINUTES OF TELEPHONIC §341 MEETING
### DATE:   January 17, 2024 @ 3:30 p.m.

In re:   Short Fork Farms LLC                                                         Case no. 23-13660

   Debtor(s)                                                                                     Chapter 11

1. Name of attorney(s) for trustee: <u>Craig M. Geno, Esq.</u>

2. Has attorney(s) for debtor(s) filed a fee disclosure statement pursuant to 11 U.S.C. §329 and Rule 2016, Federal Rules of Bankruptcy Procedure? _X__ Yes _____No

3. Appearances:   (X) Debtor representatives, Burke Hendrix, Jr. and Guy Hendrix, Sr.
   (X) Attorney(s) for Debtor, Craig M. Geno, Esq.
   (X) Creditor(s): (See attached appearance sheet)
   (X) Subchapter V Trustee, Robert Byrd, Esq.

4. Debtor(s) examined under oath or affirmation by:
   (  ) Attorney for debtor       (X) Creditors
   (X) UST designee                (  ) Others Subchapter V Trustee

5. Debtor(s) required to _(See additional notes & comments.)

6. Fifth amendment invoked? _____ Yes   _X_ No.

7. Meeting adjourned (X) Yes (  ) No.

Additional notes and/or comments:

   The debtor to amend the following schedules: Sched A/B, #55.1 to reflect 879.9 acres and applicable value; #71 to include agreement with Staple Cotton; Sched D 2.2 to include Guaranty Bank; Sched E/F 3.2 to include attachment explaining the debt; Sched G to include Staple Cotton; Sched H to include other individuals and entities liable on debt to Guaranty Bank; SOFA # 4 to include pmts to insiders within a year; #14 include previous address; #18 to include First Security Bank 4/19/23; #26(b) to include Sandra Hendrix; 26(c) to include S. Hendrix and Wms Pitts & Beard; #26(d) to include Guaranty Bank, amds to be filed within 20 days of the meeting date and a copy of signature cards and original voided check on DIP account to be submitted to UST no later than 1/31/24.

Tape #_____ Side_____                                       */s/ Sammye S. Tharp*
Counter #_____                                       Presiding Officer