```
              IN THE UNITED STATES BANKRUPTCY COURT FOR THE
                    NORTHERN DISTRICT OF MISSISSIPPI
```

IN RE SHORT FORK FARMS, LLC                                  NO. 23-13661-JDW
                                                             CHAPTER 11

                          ENTRY OF APPEARANCE
                       TO REQUEST SERVICE OF NOTICES

TAKE NOTICE that the undersigned hereby appears in this case as attorney for Deere & Company pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, for the limited and sole purpose of requesting that all notices required to be given in this case to parties in interest be given to him as follows:

> Les Alvis
> RILEY, CALDWELL, CORK & ALVIS, P.A.
> 207 Court Street
> Post Office Box 1836
> Tupelo, Mississippi 38802-1836
> Telephone: (662) 842-8945
> Telecopier: (662) 842-9032
> Email: lalvis@rccalaw.com

This limited entry of appearance is not intended as and shall not be construed as a waiver of service of process, of trial by jury, or of any other right or defense inuring to or available to Deere & Company.

DATED:    January 29, 2024.

                                    Respectfully submitted,

                                    DEERE & COMPANY

                                    By and through its attorney:

                                    /s/ Les Alvis
                                    LES ALVIS
                                    Bar Number 1548

OF COUNSEL:

RILEY, CALDWELL CORK & ALVIS, P.A.
207 Court Street
Post Office Box 1836
Tupelo, Mississippi 38802-1836
(662) 842-8945

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, I electronically filed the foregoing Entry of Appearance to Request Service of Notices with the Clerk of the Court using the ECF system which sent notification of such filing to the following at the email addresses indicated:

Robert Alan Byrd
rab@byrdwiser.com

Craig M. Geno
cmgeno@cmgenolaw.com

Erin A. McManus
emcmanus@watkinseager.com

Jim F. Spencer, Jr.
jspencer@watkinseager.com

U. S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

SO CERTIFIED on January 29, 2024.

/s/ Les Alvis
LES ALVIS
Bar Number 1548
lalvis@rccalaw.com