


EXHIBIT B









**+1 (662) 863-1728**

mother fucker, you want to hack into my phone? I will hand it over to you if you have the balls come get it!!!

iMessage
Today 8:25 AM

$1,298,000... you and Hugh and Lan Burns and all you sorry, worthless, despicable pieces of dog shit gonna make some money off this deal...

You better get on your fucking knees and pray!!!!!!

You are a worthless complete sorry mother fucker!!!!

fucker!!!!

You always wanted a meeting while you were running this scam... how about meeting me now?

Bring your South Asian guys like you did when you were stalking me last fall.

You piece of fucking shit!!! Meet me!!!

Come on you chicken shit... you can offer a reply!!!

You sorry mother fucker!!!!