**Erin McManus**

| | |
|---|---|
| **From:** | Robert Byrd <rab@byrdwiser.com> |
| **Sent:** | Friday, February 21, 2025 3:34 PM |
| **To:** | Jim Spencer; Erin McManus; Craig Geno; kcarter@cmgenolaw.com |
| **Subject:** | FW: CD's |

Jim-since these bonds will not be called can GB&T release the cds?  Bob

Robert Alan Byrd, Esq.
BYRD & WISER
145 Main Street (39530)
PO Drawer 1939
Biloxi, MS  39533
228-432-8123
228-432-7029 (fax)
rab@byrdwiser.com

**From:** Burke <sf1971x@gmail.com>
**Sent:** Monday, February 17, 2025 3:50 PM
**To:** Robert Byrd <rab@byrdwiser.com>; Guy Hendrix <Birddogs730@gmail.com>
**Subject:** CD's

Spencer lists 2 CD's ($254,000 and $51,000) in the Proof of claim that he filed.  Both are listed as additional security for 2 letters of credit.  These letters of credit are: a) road bond to Desoto County $367,000 b) $51,000 erosion bond to Desoto.

Guaranty Bank bought Guaranty Bank and Trust (bogus) claim in the secured interest in Short Fork Development LLC, i.e. foreclosure.

Therefore, please ask Spencer to issue us a certified check for the amount of both CD's.  Also, please ask that the Bank provide documentation that Dad and I are no longer personally or through Short Fork Development LLC responsible for the bonds.

We would like to pick the check up no later than Wednesday the 19th.

Thx

<div style="text-align:center; color:red;">EXHIBIT C</div>